ACCEPTED
12-17-00379-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/25/2018 8:05 AM
Pam Estes
CLERK



FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/25/2018 8:05:18 AM
PAM ESTES
Clerk

SMITH COUNTY COURTHOUSE
100 N. BROADWAY 4th Floor
TYLER, TEXAS 75702

April Allison Sikes, First Assistant

# D. Matt Bingham
**Criminal District Attorney**
**Smith County**

Michael J. West, Appellate Chief
Jennifer Barfield, Office Director

January 25, 2018

Ms. Pam Estes, Clerk,
12th Court of Appeals
1517 West Front Street, ste. 354
Tyler, Texas 75702

**Re:    12-17-00379-CR, Lacy v. State: State's Response to Motion for Rehearing**

Dear Ms. Estes,

The Court has requested that the State respond to a motion for rehearing filed in the above-numbered cause. In the interest of judicial economy, the State has no objections to the Court granting Appellant's motion for rehearing.

Thank you,

/s/  Michael J. West
Michael J. West
Asst. Criminal District Attorney

### Certificate of Service

I hereby certify that a copy of the State's response to Motion for Rehearing ion for writ of habeas corpus was served by electronic filing on January 25, 2018, to the attorney for Applicant, Mr. Austin Jackson, Attorney at Law, P.O. Box 8355, Tyler, Texas, 75711.

/s/  Michael J. West
Michael J. West